NANCY BURTON *v.* PLANNING COMMISSION OF
THE TOWN OF REDDING ET AL.

The plaintiff's amended petition for certification for appeal from the Appellate Court, 13 Conn. App. 400, is granted, limited to the following issue: "Did the Appellate Court err in concluding that the late filing of the appellant's brief required granting the motion to dismiss?"

*Nancy Burton,* pro se, in support of the petition.

Decided April 29, 1988

NANCY BURTON *v.* PLANNING COMMISSION OF
THE TOWN OF REDDING ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 400, is denied.

*Nancy Burton,* pro se, in support of the petition.

*Michael N. LaVelle* and *Marylouise S. Black,* in opposition.

Decided April 29, 1988

DOUBLE I LIMITED PARTNERSHIP *v.*
TOWN OF GLASTONBURY

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 77, is denied.

*Bruce S. Beck,* in support of the petition.

*Sharon H. Purtill* and *Eric R. Gaynor,* in opposition.

Decided April 29, 1988